1  **ERNSTER LAW OFFICES, P.C.**
   **John H. Ernster, Esq., State Bar No. 59338**
2  **Marilyn J. Bacon, Esq., State Bar No. 146839**
   **Ryan K. Marden, Esq., State Bar No. 217709**
3  70 South Lake Avenue, Suite 750
   Pasadena, California 91101
4  Telephone: (626) 844-8800
   Facsimile:  (626) 844-8944
5
   Attorneys for SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY dba
6  METROLINK (Government Entity -  Exempt from Filing Fee Pursuant to
   Government Code §6103)
7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  NICHOLAS S. COTSIS                )  CASE NO.:
                                      )
12                                    )  CVO8-8312 MRP (MANx)
            Plaintiff,                )
13                                    )  **NOTICE OF REMOVAL OF**
        v.                            )  **ACTION, CERTIFICATION OF**
14                                    )  **INTERESTED PARTIES, AND**
   SOUTHERN CALIFORNIA                )  **DEMAND FOR JURY TRIAL**
15  REGIONAL RAIL AUTHORITY           )
    aka METROLINK; VEOLIA             )
16  TRANSPORTATION SERVICES,          )
    INC. and DOES 1 through 100,      )
17                                    )
            Defendants.               )
18                                    )
                                      )
19  _____   Notice of Removal filed: 12/17/08

20  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21       **PLEASE TAKE NOTICE THAT** SOUTHERN CALIFORNIA REGIONAL

22  RAIL AUTHORITY DBA METROLINK ("SCRRA"), hereby removes to this Court the

23  State Action described below.

24       1.    On November 10, 2008, an action was commenced in the Superior Court of

25  California in and for the County of Los Angeles, entitled *Nicholas S. Cotsis v. Southern*

26  *California Regional Rail Authority dba Metrolink,  et al.*, Case No. BC401600.  A copy

27  of the Complaint and the remainder of the state court files are attached as Exhibit "1"

28  herewith.  The Summons and Complaint have not yet been served on SCRRA.  Rather,

                                      1

1  SCRRA is voluntarily appearing and removing this action.

2        2.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely since

3  thirty (30) days have not yet expired since the State Action became removable to this

4  Court.

5        3.      The Complaint names only SCRRA, Veolia Transporation Services, Inc.

6  and doe defendants.  To date, Veolia Transporation, Inc. has not been served in this

7  matter.  Accordingly, SCRRA need not obtain the consent or concurrence from Veolia

8  Transporation, Inc. or any other party to remove this action.

9        4.      According to allegations in the Complaint, on September 12, 2008, an

10  SCRRA train, operated by an employee of Connex, collided with a Union Pacific train in

11  Chatsworth, California.  Plaintiffs allege injury and damages as a result of this train

### VENUE AND JURISDICTION

### VENUE

14        5.      Under 28 U.S.C. § 1441 (a), the State Court Action may be removed to the

15  United States District Court for the Central District of California because this Court is the

16  United States District Court for the district and division embracing the place where the

17  State Action is pending.

### FEDERAL QUESTION JURISDICTION

**A.   OVERVIEW**

20        6.      Federal question jurisdiction exists over this action, as a substantial

21  embedded question of federal law is present on the face of Plaintiff's Complaint.  28

22  U.S.C. § 1331 (federal question jurisdiction).  Plaintiff's claim presents a federal question

23  of first impression - their claims are governed by, and the litigation and resolution of his

24  claim will require the interpretation and application of, The Amtrak Reform and

25  Accountability Act of 1997, 49 U.S.C. § 28103(a)(2)  ("The Amtrak Act").  As the

26  District Court has original jurisdiction over this matter, Defendant may remove this action

27  pursuant to sections 1441(a),(b) and 1367 of United States Code, title 28.

28  / / /

NOTICE OF REMOVAL OF ACTION

7.      Plaintiff alleges that SCRRA and Veolia Transportation negligently caused the September 12, 2008 train collision.

8.      The train collision giving rise to this action resulted in the deaths of 25 people and reportedly injured in excess of 130 passengers.  Plaintiff's claim, and the claims of other injured parties expected to file suit, are governed by the Amtrak Act. Based upon the number of deaths and the number of injuries, the nature and extent of the claims and damages alleged, and statements made by attorneys representing potential plaintiffs, it appears that the litigation and resolution of each plaintiff's claim for damages will necessitate the construction and application of the Amtrak Reform and Accountability Act of 1997, 49 U.S.C. § 28103(a)(2) ("The Amtrak Act").

9.      Defendant also anticipates Plaintiff will challenge the $200 million per incident cap on damages set forth by the Amtrak Act.  Plaintiffs' challenge will require resolution of federal questions regarding the federal statute's constitutionality.

10.     SCRRA is, and at all times mentioned herein was, a joint powers authority organized under California *Government Code* § 6500, et. seq., and California *Public Utilities Code* § 130255, which operates a commuter rail service in Southern California.

**B.      AMTRAK REFORM AND ACCOUNTABILITY ACT**

11.     This Court has original federal question jurisdiction over this action because Plaintiff's claim is governed by, and turn on the application and interpretation of The Amtrak Act, and thus they arise under federal law.

12.     The United States Senate and House of Representatives enacted The Amtrak Act on December 2, 1997.  49 U.S.C. § 20101, et seq.  The Amtrak Act explicitly recognizes the need for, and the importance of, passenger and commuter rail service in the United States.

13.     This Act provides that the "aggregate allowable awards to all rail passengers, against all defendants, for all claims, including claims for punitive damages, arising from a single accident or incident, shall not exceed $200,000,000." 49 U.S.C. § 28103.

14.    Plaintiff alleges they are entitled to damages as a result of Defendant's purported negligence.

15.    Plaintiff claim for damages - an essential element of their cause of action for negligence[1] - necessarily raises a disputed and substantial federal issue because it requires the Court to construe, interpret and apply, as a matter of first impression, the damages cap set forth in The Amtrak Act.  See 49 U.S.C. §28103.

17.    Because the aggregate value of the cases arising from this single accident is limited by The Amtrak Act, individual determinations of Plaintiff's damages will turn on the application of federal law.

18.    The limitation of damages provision in The Amtrak Act, 49 U.S.C. §28103(a)(2), has never been applied or interpreted by any Court.  The proper forum to address this federal statute and administer the claims in a manner that is consistent with the Act's $200,000,000 cap on total damages is a single federal forum.

19.    A single federal forum is necessary to construe and apply The Amtrak Act pursuant to federal law and to prevent findings in individual state court actions that would undercut the application of this federal statute and permit some plaintiffs to recover the full extent of their alleged damages, while precluding other plaintiffs who may obtain judgments after the cap is reached from recovering any damages at all.

20.    In addition, Defendant anticipates that Plaintiff will challenge the constitutionality of this statutory damages limitation.

21.    Such a challenge raises a substantial federal question regarding the constitutionality of The Amtrak Act.  This determination is best made in a single federal forum.

/ / /

/ / /

---

[1]    The basic elements of a negligence cause of action are: (1) The defendant had a legal duty to conform to a standard of conduct to protect the plaintiff, (2) the defendant failed to meet this standard of conduct, (3) the defendant's failure was the proximate or legal cause of the resulting injury, and (4) *the plaintiff was damaged*.  *McGarry v. Sax,* 158 Cal. App. 4th 983, 994 (2008).

## CONCLUSION

22.    For the reasons stated, federal question jurisdiction exists pursuant to 28 U.S.C. § 1331.  Accordingly, this Action is removable.

23.    Nothing in this Notice of Removal should be construed as a waiver by this Defendant of any defenses to the Complaint.  Defendant files this Notice of Removal and expressly reserves its right to file appropriate responsive motions and pleadings.

24.    Defendant attaches hereto as Exhibit "2" the notice of filing of this removal to the Clerk of the Superior Court for the County of Los Angeles, which will be filed in the Superior Court for the County of Los Angeles and served on Plaintiff.  See 28 U.S.C. § 1446(d).

WHEREFORE, Defendant gives notice that the above-described Action pending against it in the Superior Court of California, County of Los Angeles is removed to this Court.

Dated: December 16, 2008                    **ERNSTER LAW OFFICES, P.C.**

By: _____
    RYAN K. MARDEN
    Attorneys for Defendants, Southern
    California Regional Rail Authority
    dba Metrolink

# EXHIBIT "1"

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| R. Edward Pfiester, Jr.x<br>Victor A. Russo<br>HILDEBRAND, McLEOD & NELSON, LLP<br>2000 Riverside Drive<br>Los Angeles, California 90039 | **FILED**<br>LOS ANGELES SUPERIOR COURT |

TELEPHONE NO: (323) 662-6400    FAX NO. *(Optional)*: (323) 669-8549

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

**NOV 10 2008**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles

STREET ADDRESS: 111 N. Hill Street

MAILING ADDRESS: 111 N. Hill Street

CITY AND ZIP CODE: Los Angeles, California 90012

BRANCH NAME: Central

JOHN A. CLARKE, CLERK

BY MARY GARCIA, DEPUTY

PLAINTIFF: Nicholas S. Cotsis

DEFENDANT: Southern California Regional Rail Authority
dba Metrolink, Veolia Transportation Services, Inc.

[X] DOES 1 TO  100

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED *(Number)*: | |
|---|---|

Type *(check all that apply)*:

☐ MOTOR VEHICLE          ☐ OTHER *(specify)*:

  ☐ Property Damage          ☐ Wrongful Death

  [X] Personal Injury          ☐ Other Damages *(specify)*:

D-69

*Edward* *Perry*

BC401600

Jurisdiction *(check all that apply)*:

☐ ACTION IS A LIMITED CIVIL CASE

  Amount demanded    ☐ does not exceed $10,000

              ☐ exceeds $10,000, but does not exceed $25,000

[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

☐ ACTION IS RECLASSIFIED by this amended complaint

  ☐ from limited to unlimited

  ☐ from unlimited to limited

CASE NUMBER:

1. Plaintiff *(name or names)*: Nicholas S. Cotsis

   alleges causes of action against defendant *(name or names)*: Southern California Regional Rail
   Authority dba Metrolink, Veolia Transportation Services, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult

   a. ☐ except plaintiff *(name)*:

      (1) ☐ a corporation qualified to do business in California

      (2) ☐ an unincorporated entity *(describe)*:

      (3) ☐ a public entity *(describe)*:

      (4) ☐ a minor  ☐ an adult

         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

         (b) ☐ other *(specify)*:

      (5) ☐ other *(specify)*:

   b. ☐ except plaintiff *(name)*:

      (1) ☐ a corporation qualified to do business in California

      (2) ☐ an unincorporated entity *(describe)*:

      (3) ☐ a public entity *(describe)*:

      (4) ☐ a minor  ☐ an adult

         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

         (b) ☐ other *(specify)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

CIT/CASE: BC401600 LEA/DEF#:
RECEIPT #: CCH470057097
DATE PAID: 11/10/08 02:42:33 PM
PAYMENT: $320.00
RECEIVED:

CHECK:
CASH:
CHANGE:
CARD:

320.00
0310

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 (Rev. January 1, 2007)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER: |

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant *(name):* Southern California Regional Rail Authority dba Metrolink

     (1) ☐ a business organization, form unknown
     (2) ☒ a corporation
     (3) ☐ an unincorporated entity *(describe):*

     (4) ☐ a public entity *(describe):*

     (5) ☐ other *(specify):*

   b. ☒ except defendant *(name):* Veolia Transportation Services, Inc.

     (1) ☐ a business organization, form unknown
     (2) ☒ a corporation
     (3) ☐ an unincorporated entity *(describe):*

     (4) ☐ a public entity *(describe):*

     (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*

     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity *(describe):*

     (4) ☐ a public entity *(describe):*

     (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*

     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity *(describe):*

     (4) ☐ a public entity *(describe):*

     (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants *(specify Doe numbers):* 1-50    were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers):* 51-100    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, and

   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| | |
|---|---|
| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*: As this Court deems just, fair and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $ 0.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: November 10, 2008

R. EDWARD PFIESTER, JR.
_____
(TYPE OR PRINT NAME)

▶ *R. Edward Pfiester*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—General Negligence          Page 4 _____
____(number)

ATTACHMENT TO [X] Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Nicholas S. Cotsis

    alleges that defendant *(name):*  Southern California Regional Rail Authority dba
Metrolink, Veolia Transportation Services, Inc.

        [x] Does 1 _____ to 100 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  September 12, 2008
at *(place):*  In or near Chatsworth, California.

*(description of reasons for liability):*

Said defendants and each of them, so negligently, carelessly and recklessly
designed, constructed, built, maintained, supervised and operated their
facilities and commuter railroad service so as to create and allow a defective
and dangerous condition on their property, and so as to cause a collision with a
Union Pacific train, and causing plaintiff to sustain serious injuries.  Such
negligence of defendants, and each of them, was a legal and proximate cause of
plaintiff's injuries.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
CAUSE OF ACTION—General Negligence
Legal
Solutions
Plus
Code of Civil Procedure 425.12

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
R. Edward Pfiester, Jr.
Victor A. Russo
HILDEBRAND, McLEOD & NELSON, LLP
2000 Riverside Drive
Los Angeles, California 90039
TELEPHONE NO.: (323) 662-6400   FAX NO.: (323) 669-8549
**ATTORNEY FOR** *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

**CASE NAME:** Cotsis v. Metrolink

**FOR COURT USE ONLY**

**FILED**
LOS ANGELES SUPERIOR COURT

NOV 10 2008

JOHN A. CLARKE, CLERK
BY MARY GARCIA, DEPUTY

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | BC401600<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

**2.** This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

**4.** Number of causes of action *(specify):* One

**5.** This case [ ] is [X] is not a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 10, 2008

R. Edward Pfiester, Jr.
(TYPE OR PRINT NAME)

▶ *R. Edward Pfiester* (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Page 1 of 2

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER: BC401600 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES   LIMITED CASE? [ ] YES   TIME ESTIMATED FOR TRIAL 7 [ ] HOURS/ [X] DAYS

Item II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (See Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|---|
| **Auto Tort** | Auto (22) | [ ] A7100 | Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ] A7110 | Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | [ ] A6070 | Asbestos Property Damage | 2. |
| | | [ ] A7221 | Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ] A7260 | Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210 | Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | [ ] A7240 | Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | [ ] A7250 | Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | [ ] A7230 | Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | [ ] A7270 | Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | [X] A7220 | Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | [ ] A6029 | Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | [ ] A6005 | Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | [ ] A6010 | Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | [ ] A6013 | Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4
LA-481

| SHORT TITLE: Cotsis v. Metrolink | | CASE NUMBER | |

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | | C<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.)** Professional Negligence (25) | ☐ A6017 | Legal Malpractice | 1., 2., 3. |
| | ☐ A6050 | Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☐ A6025 | Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** Wrongful Termination (36) | ☐ A6037 | Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024 | Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109 | Labor Commissioner Appeals | 10. |
| **Contract** Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 | Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008 | Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019 | Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028 | Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ A6002 | Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012 | Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015 | Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009 | Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031 | Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027 | Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** Eminent Domain/Inverse Condemnation (14) | ☐ A7300 | Eminent Domain/Condemnation   Number of parcels _____ | 2. |
| Wrongful Eviction (33) | ☐ A6023 | Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018 | Mortgage Foreclosure | 2., 6. |
| | ☐ A6032 | Quiet Title | 2., 6. |
| | ☐ A6060 | Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** Unlawful Detainer - Commercial (31) | ☐ A6021 | Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Residential (32) | ☐ A6020 | Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Drugs (38) | ☐ A6022 | Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** Asset Forfeiture (05) | ☐ A6108 | Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115 | Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

**CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION**

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review<br>(39) | ☐ A6150  Other Writ / Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass<br>Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage<br>Claims from Complex<br>Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment<br>(20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br>(42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 3 of 4

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER |
|---|---|

**Item III. Statement of Location:** Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: |
|---|---|
| ☐1. ☒2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | 700 S. Flower Street, 26th Floor |

| CITY: Los Angeles | STATE: CA | ZIP CODE: 90017 | |
|---|---|---|---|

**Item IV. *Declaration of Assignment*:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Los Angeles County Superior</u> courthouse in the <u>Central</u> District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>November 16, 2008</u>

_R. Edward Pfiester_
(SIGNATURE OF ATTORNEY/FILING PARTY)

R. EDWARD PFIESTER, JR.

---

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

15

# EXHIBIT "2"

16

1    **ERNSTER LAW OFFICES, P.C.**
     **John H. Ernster, Esq., State Bar No. 59338**
2    **Marilyn J. Bacon, Esq., State Bar No. 146839**
     **Ryan K. Marden, Esq., State Bar No. 217709**
3    70 South Lake Avenue, Suite 750
     Pasadena, California 91101
4    Telephone: (626) 844-8800
     Facsimile:  (626) 844-8944

5

6    Attorneys for SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY dba
     METROLINK(Government Entity - Exempt from Filing Fee Pursuant to Government Code §6103)

7

8             **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9          **FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT**

10

11    NICHOLAS S. COTSIS        )    **CASE NO.: BC401600**
                                  )    Assigned to Hon. Edward Sterns - Dept. 69).
12            Plaintiff,        )
                                  )
13           v.                 )    **NOTICE OF REMOVAL FILED IN**
                                  )    **FEDERAL COURT**
14    SOUTHERN CALIFORNIA     )
     REGIONAL RAIL AUTHORITY aka   )
15    METROLINK; VEOLIA            )
     TRANSPORTATION SERVICES,     )
16    INC. and DOES 1 through 100,     )
                                  )
17          Defendants.        )    CMC:                    03/30/09
                                  )    Complaint Filed:     11/10/08
18 _____ )

19    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20        **PLEASE TAKE NOTICE** that a Notice of Removal will be filed in this action in

21 the United States District Court for the Central District of California on December 17,

22 2008.  A Copy of said Notice of Removal is attached to this Notice as Exhibit "1" and is

23 served and filed herewith.

24 Dated: December 17, 2008          **ERNSTER LAW OFFICES, P.C.**

25

26                               By:_____

27                                   RYAN K. MARDEN
                                  Attorneys for Defendants, Southern
28                                   California Regional Rail Authority dba
                                  Metrolink

           **NOTICE OF REMOVAL FILED IN FEDERAL COURT**

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):
R. Edward Pfiester, Jr. x
Victor A. Russo
HILDEBRAND, McLEOD & NELSON, LLP
2000 Riverside Drive
Los Angeles, California 90039
TELEPHONE NO: (323) 662-6400    FAX NO. (Optional): (323) 669-8549
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

**FILED**
LOS ANGELES SUPERIOR COURT

NOV 10 2008

JOHN A. CLARKE, CLERK

BY MARY GARCIA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

PLAINTIFF: Nicholas S. Cotsis

DEFENDANT: Southern California Regional Rail Authority dba Metrolink, Veolia Transportation Services, Inc.

[X] DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE              [ ] OTHER (specify):
    [ ] Property Damage        [ ] Wrongful Death
    [X] Personal Injury        [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [ ] does not exceed $10,000
                       [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

D-69

Edward Ferns

CASE NUMBER:
BC401600

1. Plaintiff (name or names): Nicholas S. Cotsis

alleges causes of action against defendant (name or names): Southern California Regional Rail Authority dba Metrolink, Veolia Transportation Services, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

CTT/CASE: BC401600 LEA/DEF#:
RECEIPT #: CCH4780570047
DATE PAID: 11/10/08
PAYMENT: $320.00
RECEIVED:
CHECK:
CASH:
CHANGE:
CARD:
320.00
02:42:33 PM
0310

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions Plus

Code of Civil Procedure, § 425.12

Page 1 of 3

PLD-PI-001

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant (name): Southern California Regional Rail Authority dba Metrolink

   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

b. ☒ except defendant (name): Veolia Transportation Services, Inc.

   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

c. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

d. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☒ Doe defendants (specify Doe numbers): 1-50      were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☒ Doe defendants (specify Doe numbers): 51-100      are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

a. ☒ at least one defendant now resides in its jurisdictional area.
b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
a. ☒ has complied with applicable claims statutes, or
b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 2 of 3

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER: | PLD-PI-001 |
| --- | --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐    Motor Vehicle
   b. ☒    General Negligence
   c. ☐    Intentional Tort
   d. ☐    Products Liability
   e. ☐    Premises Liability
   f. ☐    Other *(specify):*

11. Plaintiff has suffered
   a. ☒   wage loss
   b. ☐   loss of use of property
   c. ☒   hospital and medical expenses
   d. ☒   general damage
   e. ☐   property damage
   f. ☒   loss of earning capacity
   g. ☒   other damage *(specify):* As this Court deems just, fair and proper.

12. ☐    The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐   listed in Attachment 12.
   b. ☐   as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒   compensatory damages
      (2) ☐   punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒   according to proof
      (2) ☐   in the amount of: $ 0.00

15. ☐   The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 10, 2008

R. EDWARD PFIESTER, JR.
(TYPE OR PRINT NAME)

▶ *R. Edward Pfiester*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—General Negligence       Page 4 _____
     (number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   Nicholas S. Cotsis

   alleges that defendant *(name):*  Southern California Regional Rail Authority dba
Metrolink, Veolia Transportation Services, Inc.

   [X] Does 1 _____ to 100 _____

was the legal *(proximate)* cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* September 12, 2008
at *(place):* In or near Chatsworth, California.

   *(description of reasons for liability):*
Said defendants and each of them, so negligently, carelessly and recklessly
designed, constructed, built, maintained, supervised and operated their
facilities and commuter railroad service so as to create and allow a defective
and dangerous condition on their property, and so as to cause a collision with a
Union Pacific train, and causing plaintiff to sustain serious injuries.  Such
negligence of defendants, and each of them, was a legal and proximate cause of
plaintiff's injuries.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Page 1 of 1
Code of Civil Procedure 425.12

Legal
Solutions
Plus

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| R. Edward Pfiester, Jr.<br>Victor A. Russo<br>HILDEBRAND, McLEOD & NELSON, LLP<br>2000 Riverside Drive<br>Los Angeles, California 90039<br>TELEPHONE NO.: (323) 662-6400   FAX NO.: (323) 669-8549<br>ATTORNEY FOR (Name): | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>NOV 1 0 2008<br><br>JOHN A. CLARKE, CLERK<br>BY MARY GARCIA, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

CASE NAME: Cotsis v. Metrolink

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **BC401600**<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties       d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve                 in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): One
5. This case [ ] is [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: November 10, 2008
R. Edward Pfiester, Jr.
(TYPE OR PRINT NAME)                                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal Solutions Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER | BC401600 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES  LIMITED CASE? [ ] YES  TIME ESTIMATED FOR TRIAL 7 [ ] HOURS/ [X] DAYS

**Item II.** Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check one Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (See Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV.  Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | [ ]  A7100   Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ]  A7110   Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | [ ]  A6070   Asbestos Property Damage | 2. |
| | | [ ]  A7221   Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ]  A7260   Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ]  A7210   Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | [ ]  A7240   Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | [ ]  A7250   Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | [ ]  A7230   Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | [ ]  A7270   Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | [X]  A7220   Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | [ ]  A6029   Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | [ ]  A6005   Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | [ ]  A6010   Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | [ ]  A6013   Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4
LA-481

| | | |
|---|---|---|
| SHORT TITLE: **Cotsis v. Metrolink** | | CASE NUMBER |

| | A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.)** | Professional Negligence (25) | ☐ A6017   Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050   Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025   Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037   Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024   Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109   Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004   Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008   Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019   Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028   Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002   Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012   Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015   Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009   Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031   Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027   Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300   Eminent Domain/Condemnation   Number of parcels _____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023   Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018   Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032   Quiet Title | 2. ,6. |
| | | ☐ A6060   Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer - Commercial (31) | ☐ A6021   Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer - Residential (32) | ☐ A6020   Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer - Drugs (38) | ☐ A6022   Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108   Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115   Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 2 of 4

24

| SHORT TITLE: | Cotsis v. Metrolink | CASE NUMBER |
|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review<br>(39) | ☐ A6150  Other Writ / Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass<br>Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage<br>Claims from Complex<br>Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment<br>(20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br>(42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 3 of 4

| SHORT TITLE: Cotsis v. Metrolink | CASE NUMBER |
|---|---|

**Item III. Statement of Location:** Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: |
|---|---|
| ☐1. ☒2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | 700 S. Flower Street, 26th Floor |

| CITY: Los Angeles | STATE: CA | ZIP CODE: 90017 | |
|---|---|---|---|

**Item IV.** *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Los Angeles County Superior</u> courthouse in the <u>Central</u> District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>November 10, 2008</u>

(SIGNATURE OF ATTORNEY/FILING PARTY)

R. EDWARD PFIESTER, JR.

---

### PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet form CM-010.
4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.
5. Payment in full of the filing fee, unless fees have been waived.
6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

---

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

## PROOF OF SERVICE - CIVIL
### (Not Used for Summons & Complaint)

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

At the time of service I was employed in the County of Los Angeles, State of California.  I was over the age of 18 years and not a party to the within action. My business address is 70 South Lake Avenue, Suite 750, Pasadena, California 91101.

On December 17, 2008, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION**

I served a true copy of the document on the persons below:

R. Edward Pfiester, Jr., Esq.
Victor A. Russo, Esq.
HILDEBRAND, McLEOD &
NELSON, LLP
2000 Riverside Drive
Los Angeles, California 90039
T: (323) 662-6400

The manner of service was executed as indicated below pursuant to *Federal Rules of Civil Procedure* Rule 5.

**( X )   By Messenger Service**. I served the documents by placing them in an envelope/package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service. *See the Declaration of Messenger below.*

This document was produced on paper purchased as recycled.

Executed on December 17, 2008, at Pasadena, California.

I hereby certify under penalty of perjury that the foregoing is true and correct.

ESPY DEL CAMPO

## DECLARATION OF MESSENGER

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Messenger Express, 5503 Cahuenga Blvd., Suite 100, North Hollywood, CA 91601.

( X )   **By Personal Service** -  I personally delivered the envelope or package received from the declarant above to the person(s) at the address(es) listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I served the envelope/package, as stated above, on December 17, 2008.


_LUIS SANCHEZ_
[PRINT NAME]                                              [SIGNATURE]

**NOTICE OF REMOVAL FILED IN FEDERAL COURT**

## PROOF OF SERVICE - CIVIL
### (Not Used for Summons & Complaint)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

At the time of service I was employed in the County of Los Angeles, State of California. I was over the age of 18 years and not a party to the within action. My business address is 70 South Lake Avenue, Suite 750, Pasadena, California 91101.

On December 17, 2008, I served the foregoing document described as **NOTICE OF REMOVAL FILED IN FEDERAL COURT.**

I served a true copy of the document on the persons below:

R. Edward Pfiester, Jr., Esq.
Victor A. Russo, Esq.
HILDEBRAND, McLEOD & NELSON, LLP
2000 Riverside Drive
Los Angeles, California 90039
T: (323) 662-6400

The document was served by the following means:

**(XX )**      **By Messenger Service**. I served the documents by placing them in an envelope/package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service. *See the Declaration of Messenger below.*

This document was produced on paper purchased as recycled.

Executed on December 17, 2008, at Pasadena, California.

**(XX) STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ESPY DEL CAMPO

# DECLARATION OF MESSENGER

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Messenger Express, 5503 Cahuenga Blvd., Suite 100, North Hollywood, CA 91601.

(X) **By Personal Service** - I personally delivered the envelope or package received from the declarant above to the person(s) at the address(es) listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I served the envelope/package, as stated above, on December 17, 2008.

Luis SANCHEZ

[PRINT NAME OF MESSENGER]                    [SIGNATURE]

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| NICHOLAS S. COTSIS | SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY DBA METROLINK |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| R. Edward Pfiester, Jr., Esq. <br> Victor A. Russo, Esq. <br> HILDEBRAND, McLEOD & NELSON, LLP <br> 2000 Riverside Drive <br> Los ANgeles, California  90039 <br> Telephone:  (323)662-6400 | John J. Ernster, Eq. (59338) <br> Marilyn J. Bacon, Esq. (146839) <br> Ryan K. Marden, Esq. (217709) <br> ERNSTER LAW OFFICES, P.C. <br> 70 South Lake Avenue, Suite 750 <br> Pasadena, CA 91101 - (626)844-8800 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No      ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Amtrak Reform and Accountability Act of 1997, 49 U.S.C. Section 28103(a)(2) ("The Amtrak Act").  As the District Court has original jurisdiction over this matter, Defendants may remove this action pursuant to Sections 1441(a)(b) and 1367 of United States Code, title 28.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:   Case Number:** _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                         CIVIL COVER SHEET                              Page 1 of 2

CV08-8312

CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [ ] No   [X] Yes

If yes, list case number(s):   SCRRA v. CONNEX Railraod LLC Case No. CV 08-06987 GW (JCx) & Magdaleno v. SCRRA,  Case No.:CV 08-07019 SJO (AGRx

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [X]  A.  Arise from the same or closely related transactions, happenings, or events; or

[X]  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

[X]  C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]  D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff resides in the County of County of Ventura | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date December 17, 2008

RYAN K. MARDEN

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |